FILED
2021 Mar-03  AM 08:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **STEPHEN EVANS,** | ) |
| *as Administrator of the Estate of* | ) |
| *Donald Mark Evans,* | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No.: 2:20-CV-1531 AMM** |
| | ) |
| **LIFE INSURANCE COMPANY** | ) |
| **OF NORTH AMERICA,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL

This matter comes before the court upon the Joint Stipulation of Dismissal. Doc. 12.  Upon consideration thereof, the court **ORDERS** that this case be, and the same hereby is, **DISMISSED**, in its entirety, **WITH PREJUDICE**, with each party to bear its own costs.

**DONE** and **ORDERED** this 3rd day of March, 2021.



**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE